```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC#:
**DATE FILED:** 08/20/21

| | |
|---|---|
| THE TRIBECA CONDOMINIUM,<br><br>                Petitioner,<br><br>         v.<br><br>KYLE BRAGG, PRESIDENT, LOCAL 32BJ, SERVICE EMPLOYEES INTERNATIONAL UNION, and REALTY ADVISORY BOARD ON LABOR RELATIONS, INC.,<br><br>                Respondents. | No. 21-CV-6851 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On August 17, 2021, The Tribeca Condominium filed a petition seeking confirmation of an arbitration award, as well as a certification of service. Dkt. 4.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for confirmation by September 3, 2021. Respondent's opposition, if any, is due on September 24, 2021. Petitioner's reply, if any, is due on October 3, 2021.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:  August 20, 2021
        New York, New York

_____
Ronnie Abrams
United States District Judge