**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
THE TRIBECA CONDOMINIUM,

                     Petitioner,              21 **CIVIL** 6851 (RA)

      -against-                                **JUDGMENT**


KYLE BRAGG, PRESIDENT, LOCAL 32BJ,
SERVICE EMPLOYEES INTERNATIONAL
UNION, and REALTY ADVISORY BOARD ON
LABOR RELATIONS, INC.,

                     Respondents.
----------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated October 29, 2021, the petition to confirm the

arbitration award is granted; accordingly, the case is closed**.**

**Dated**: New York, New York
      October 29, 2021

                                **RUBY J. KRAJICK**
                           _____
                              **Clerk of Court**
                  **BY:**    K. Mango
                              _____
                              **Deputy Clerk**